UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

GULBAG SINGH,

Defendant.

Case No. 6:26-po-00342-HBK-1

ORDER ON MOTIONS

(Doc. No. 4)

Before the Court are Defendant's Motion for Appointment of Counsel, Motion for Remote Appearance at Initial Appearance, and Request for Discovery filed September 2, 2026. (Doc. 4, 4-1).

Accordingly, IT IS ORDERED:

1. The Motion for Appointment of Counsel (Doc. 4) is DISREGARDED. The pleading filed as a motion for appointment of counsel is, in substance, a notice of appearance by counsel on Defendant's behalf. Counsel's appearance is noted on the docket.
2. Defendant's Motion for Remote Appearance (Doc. 4) at the initial appearance/arraignment is DENIED. The Court generally does not permit remote appearances for an initial appearance/arraignment absent a showing of good cause. Defendant has not articulated cause sufficient to depart from the ordinary requirement of an in-person appearance.

3. Defendant's attached request for discovery (Doc. 4-1), which invokes the Federal Rule of Criminal Procedure 16 and governing authority, is referred to the United States Attorney's Office for response and compliance as appropriate under Federal Rule of Criminal Procedure 16 and all other applicable disclosure obligations. Any unresolved dispute may be raised after Defendant's initial appearance and counsel's appearance.

IT IS SO ORDERED.

Dated: September 3, 2026

Helena M. Barch-Kuchta
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE