UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

GULBAG SINGH,

Defendant.

Case No. 6:26-po-00342-HBK

ORDER DENYING RULE 43 WAIVER OF PERSONAL APPEARANCE FOR INITIAL APPEARANCE

(Doc. No. 6)

Defendant Gulbag Singh filed a request for waiver under Federal Rule of Criminal Procedure 43(b)(2) on September 9, 2026. (Doc. 6). Defendant requests to waive his right to present at all proceedings and be represented by counsel, Michael McAfee. Defendant's initial appearance is scheduled for October 6, 2026 at 1:00 p.m. in Yosemite. (Doc. 7).

Defendant is charged with a petty offense by violation notice. (Doc. 1). Federal Rule of Criminal Procedure 43(a)(1) requires the defendant's presence at the initial appearance unless Rule 43, Rule 5, or Rule 10 provides otherwise.

Rule 43(b)(2) permits, with the defendant's written consent and the Court's approval, certain misdemeanor proceedings—specifically arraignment, plea, trial, and sentencing—to occur by video teleconference or in the defendant's absence. The rule does not include an initial appearance. Rule 10(b) likewise does not authorize waiver of the initial appearance in this circumstance. Further, Rule 58(b)(2) requires that, at the initial appearance on a petty-offense or

other misdemeanor charge, the magistrate judge advise the defendant of specified rights and consequences. Thus, the Court may not grant a waiver for Defendant's initial appearance.

Accordingly, IT IS ORDERED:

1. The request to excuse Defendant's appearance at the initial appearance scheduled for October 6, 2026 at 1:00 p.m. in Yosemite (Doc. 6) is DENIED.
2. Defendant shall personally appear at the scheduled initial appearance, or in the alternative, may request to appear by videoconference consistent with Rule 5(g).
3. The Court will reconsider Defendant's Rule 43(b)(2) request following Defendant's initial appearance.

Dated: September 25, 2026

Helena M. Barch-Kuchta
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE